UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SOLAR-DOHERTY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHRISTOPHER FOOTT, et al.,<br><br>    Defendants. | Case No. 15-cv-01395-MEJ<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>Re: Dkt. No. 14 |

Pending before the Court is Defendant Christopher Foott's Motion to Dismiss, currently scheduled for hearing on July 9, 2015. Dkt. No. 8. On June 5, 2015, Zenya V. Leary, who claims to be "Pro Se Counsel" for Plaintiffs Amy Solar-Doherty and Andrew Greco, filed a response that includes this statement: "Thus, counsel for Plaintiff(s) is submitting Plaintiff(s)' correspondence withdrawing Plaintiff(s)'s complaint without prejudice." Dkt. No. 14 at 2. Leary does not provide a California Bar number and there is no record of her admittance to practice before this Court. Accordingly, the Court shall not accept the response as a dismissal of this case. The Court ORDERS Plaintiffs to file a dismissal by June 23, 2015, signed by both Amy Solar-Doherty and Andrew Greco. Pending resolution of this issue, the hearing on Defendant's Motion to Dismiss and the June 25, 2015 Case Management Conference are VACATED. Defendant need not file a reply brief.

    **IT IS SO ORDERED.**

Dated: June 9, 2015

                                                               _____<br>
                                                               MARIA-ELENA JAMES<br>
                                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY SOLAR-DOHERTY, et al.,

    Plaintiffs,

v.

CHRISTOPHER FOOTT, et al.,

    Defendants.

Case No. 15-cv-01395-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Solar-Doherty
c/o Village City Real Estate
95 Park Terrace East #5D
New York, NY 10034

Andrew Greco
c/o Village City Real Estate
95 Park Terrace East #5D
New York, NY 10034

Dated: June 9, 2015

Richard W. Wieking
Clerk, United States District Court

_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2