UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY SOLAR-DOHERTY, et al.,

    Plaintiffs,

v.

CHRISTOPHER FOOTT, et al.,

    Defendants.

Case No. 15-cv-01395-MEJ

**ORDER RE: DOCUMENTS SUBMITTED BY ZENYA V. LEARY**

Pending before the Court is Defendant Christopher Foott's Motion to Dismiss. Dkt. No. 8. On June 5, 2015, Zenya V. Leary, who claims to be "Pro Se Counsel" for Plaintiffs Amy Solar-Doherty and Andrew Greco, filed a response that includes this statement: "Thus, counsel for Plaintiff(s) is submitting Plaintiff(s)' correspondence withdrawing Plaintiff(s)'s complaint without prejudice." Dkt. No. 14 at 2. As Leary did not provide a California Bar number and there is no record of her admittance to practice in the Northern District of California, the Court informed Plaintiffs that it would not accept the response. Dkt. No. 15. If it is Plaintiffs' intent to dismiss this case, the Court directed them to file a dismissal by June 23, 2015, signed by both Amy Solar-Doherty and Andrew Greco. *Id.*

The Court has now received additional documents from Zenya Leary, including Plaintiffs' purported consent to magistrate judge jurisdiction, which is signed by Leary and not Plaintiffs, and a Complaint with a caption from the Southern District of New York, which is unsigned. These documents are being returned to Zenya Leary without filing. Plaintiffs are reminded that all documents must be signed by them or by counsel that is admitted to practice in the Northern District of California.

**IT IS SO ORDERED.**

Dated: June 22, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge