UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY SOLAR-DOHERTY, et al.,

    Plaintiffs,

v.

CHRISTOPHER FOOTT, et al.,

    Defendants.

Case No. 15-cv-01395-MEJ

**ORDER TO SHOW CAUSE**

Pending before the Court is Defendant Christopher Foott's Motion to Dismiss. Dkt. No. 8. On June 5, 2015, Zenya V. Leary, who claims to be "Pro Se Counsel" for Plaintiffs Amy Solar-Doherty and Andrew Greco, filed a response that includes this statement: "Thus, counsel for Plaintiff(s) is submitting Plaintiff(s)' correspondence withdrawing Plaintiff(s)'s complaint without prejudice." Dkt. No. 14 at 2. Leary did not provide a California Bar number and there is no record of her admittance to practice before this Court. Accordingly, the Court did not accept the response as a dismissal of this case and ordered Plaintiffs to file a dismissal by June 23, 2015, signed by Amy Solar-Doherty and Andrew Greco. Dkt. No. 15. Plaintiffs have not responded.

Accordingly, the Court hereby ORDERS Plaintiffs Amy Solar-Doherty and Andrew Greco to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by July 13, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 23, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiffs that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY SOLAR-DOHERTY, et al.,

    Plaintiffs,

v.

CHRISTOPHER FOOTT, et al.,

    Defendants.

Case No. 15-cv-01395-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Solar-Doherty
c/o Village City Real Estate
95 Park Terrace East
#5D
New York, NY 10034

Andrew Greco
c/o Village City Real Estate
95 Park Terrace East
#5D
New York, NY 10034

Dated: June 29, 2015

Richard W. Wieking
Clerk, United States District Court

_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2