UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SOLAR-DOHERTY, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>CHRISTOPHER FOOTT, et al.,<br><br>       Defendants. | Case No.   15-cv-01395-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS**<br><br>Re: Dkt. No. 18 |

The Court has reviewed Magistrate Judge Maria-Elena James's Report and Recommendation recommending that this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's deadlines and orders. *See* Dkt. No. 18. The time for objections has passed, and the parties have not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds Magistrate Judge James's Report accurate and well-reasoned, and agrees with the Report's conclusions. Dkt. No. 37 at 4-5. Accordingly, the Court adopts the Report and Recommendation in its entirety and dismisses the case without prejudice.

The Clerk will close the case.

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY SOLAR-DOHERTY, et al.,

    Plaintiffs,

v.

CHRISTOPHER FOOTT, et al.,

    Defendants.

Case No. 15-cv-01395-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Solar-Doherty
c/o Village City Real Estate
95 Park Terrace East
#5D
New York, NY 10034

Andrew Greco
c/o Village City Real Estate
95 Park Terrace East
#5D
New York, NY 10034

Dated: July 31, 2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2